Page 1

IN The Marion County Dist. Court
State of Indiana

TERRY LEE CRISS, JR.,
Petitioner
-V-
State of Indiana,
Respondent

FILED
08/29/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

1:22-cv-1714-RLY-TAB

MOTION FOR Civil Case OR
To Quash and remove
Sex offense off Jail Record /
I.D.O.C. / Social Media sites

Class Action Civil:

I TERRY LEE CRISS, JR. am filing this class Action law suit against the State of Indiana Pro;se for the following reason(s)

1.) My 14th Amendment right has been violated since "1994" for child molestation.
2.) I was convicted in "1995" & Grandfathered in-to registering for the rest of my life as a Violent sexual Predator.
3.) In "2014" I filed A Motion "Wallace-V- State" In Henry County, Indiana. Courts while housed at the New Castle Corr. Facility / I.D.O.C.
4.) The Attorney General of The State of Indiana had me removed from the sex offender registry & all obligations

(See Next Page)

Page 2

5.) To this day I am still being red Flagged when pulled over by police officers, Applying for housing, Jobs & while incarcerated.

6.) I would like this childmolestation felony to be Quash and remove off of the Jail record(s) / I.D.O.C. / Social Media

7.) It is not fair that I have to live the rest of my life looking over my shoulders & suffering over a case that is 29 years old.

8.) This childmolestation do not pertain to me any longer unless other wise I re-offend.

However, I have proven to society, & to myself not to ever re-offend such act of any. I am still being subjected to have it brought up every time that I am incarcerated or in public. I have already paid my "debt to SOCIETY more than enough." The childmolestation is prohibiting me from my success & it is causing me Hardship with my family & other peers'. I have not got anywhere or anything that I could be proud of but mental pain

(see next page)

Page 3.

& a lot of suffering over the year(s) of my life. Which has cause me to file this lawsuit against the STATE OF INDIANA.

Come now I, TERRY LEE CRISS, JR The Petitioner am filing this motion & asking for $5 million or more in punative damages for mental pain & suffering encluding a very great deal of HARDSHIP. Also for violating my 14th Amendment Right In The State of Indiana. I would like the state of Indiana & those that are involved to further evaluate the situation & rectify this problem.

Date 08-24-2022

Respestfully,
Terry Lee Criss, JR.

I TERRY Lee Criss, JR., hereby verifies under penalties of perjury that the above is true, and certifies the original was sent to the court clerk for filing.

Terry Lee Criss, JR.
c/o Decatur County Jail
601. S. Ireland Street
Greensburg, Indiana 47240

**FILING FEE**

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

I Terry Lee Criss, JR. am currently incarcerated at the Decatur County Jail. I tried to get a copy of my inmate trust fund dated 6 months back. However, this county Jail refuse to give me a certified copy of my inmate trust fund to send to show my indigency. Thank you for your help.

Date: 08-24-2022

Respectfully,
Terry L Criss, JR.

Terry Lee Criss, JR
c/o Decatur County Jail
601 South, Ireland Street
Greensburg, Indiana
47240

Complaint - 6